PER CURIAM.
The petition for habeas corpus for ineffective assistance of appellate counsel is denied. As to point one, see Florida Rule of Criminal Procedure 3.140(g),(o); 3.160(b). As to point two, see Brown v. State, 430 So.2d 446, 447 (Fla.1983). As to point three, see Casteel v. State, 498 So.2d 1249, 1253 (Fla.1986); Allison v. State, 661 So.2d 889, 895 (Fla. 2d DCA 1995); Neale v. State, 655 So.2d 188, 189 (Fla. 4th DCA 1995); Perez v. State, 604 So.2d 916, 918 (Fla. 3d DCA 1992); see also § 921.0016(3)(j).
Petition denied.